**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SAMANTHA J JACKSON** | **CASE NO. 6:19-CV-00116** |
| **VERSUS** | **JUDGE JUNEAU** |
| **AT&T RETIREMENT SAVINGS PLAN ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motions to Dismiss at Rec. Doc. 72 is GRANTED.

Signed at Lafayette, Louisiana, this 25th day of March 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE